# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO TORRES,<br><br>        Plaintiff,<br><br>   v.<br><br>ARELLANO, et al.,<br><br>        Defendants. | Case No. 1:15-cv-00575 DAD DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION IN LIMINE WITHOUT PREJUDICE<br><br>(Document 44) |

Plaintiff Gustavo Torres ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Defendants filed their answer on January 12, 2016, and the action is now in discovery.

On April 29, 2016, Plaintiff filed a document entitled, "Omnibus Motion in Limine." Plaintiff argues that certain evidence should be excluded from this action.

The Court only makes evidentiary rulings if necessary to the resolution of a motion. As to motions in limine, such rulings are not made until just prior to trial. This action is not yet scheduled

///
///
///
///
///

1 for trial, and the Court will not decide any evidentiary trial issues at this time.  Accordingly,
2 Plaintiff's motion is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: **May 2, 2016**                              /s/ Dennis L. Beck
                                                    UNITED STATES MAGISTRATE JUDGE